**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-7189**

_____

JOSEPH HUGO GIBBS,

                    Plaintiff – Appellant,

          v.

JON E. OZMINT, as the Director of SCDC, et al.; RESPONDEAT
SUPERIOR,

                    Defendants – Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Patrick Michael Duffy, Senior
District Judge.  (3:08-cv-03955-PMD)

_____

Submitted:  March 31, 2011          Decided:  April 5, 2011

_____

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Joseph Hugo Gibbs, Appellant Pro Se.   James M. Davis, Jr.,
DAVIDSON & LINDEMANN, PA, Columbia, South Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Hugo Gibbs appeals the district court's orders accepting the recommendations of the magistrate judge and denying Gibbs' motion to remand to state court and dismissing Gibbs' 42 U.S.C. § 1983 (2006) complaint.  Additionally, Gibbs appeals the district court's margin order denying his motion for rehearing, but granting in part his motion to amend judgment to reflect dismissal without prejudice.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Gibbs v. Ozmint, No. 3:08-cv-03955-PMD (D.S.C. Aug. 5, 2009; July 26, 2010; filed Aug. 5, 2010 & entered Aug. 6, 2010).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED